JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

SEP 21 1988

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 779

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE FRITZ W. HINTZE AND LEDAGOLE R. HINTZE, INTERNAL REVENUE SERVICE SUMMONS LITIGATION

ORDER DEEMING MOTION WITHDRAWN
AND
VACATING THE SEPTEMBER 29, 1988 HEARING

This matter is before the Panel pursuant to a motion, under 28 U.S.C. §1407, to centralize the actions on the attached Schedule A in the District of Maryland for coordinated or consolidated pretrial proceedings with the one action pending there and listed on Schedule A. Plaintiffs in each action before the Panel, Fritz W. Hintze and Ledagole R. Hintze, are movants in this matter. Movants inform the Panel that 1) the federal courts in the Eastern District of Virginia and District of Maryland entered orders granting the United States summary enforcement of the summonses; 2) an appeal of the Virginia court's order has been filed with the Fourth Circuit Court of Appeals; and 3) an appeal of the Maryland court's order will be filed shortly. In light of these developments, movants have requested that their Section 1407 motion be withdrawn without prejudice.

IT IS THEREFORE ORDERED that movants' request to withdraw their Section 1407 motion be granted, and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

IT IS FURTHER ORDERED that the Hearing Order and attached Schedule filed on August 17, 1988, as amended on August 26, 1988, be, and same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

<u>MDL-779 -- In re Fritz W. Hintze and Ledagole R. Hintze Internal Revenue Service Summons Litigation</u>

<u>District of Delaware</u>

<u>Fritz W. Hintze, et al. v. Internal Revenue Service, et al. v. Delaware Charter Guarantee & Trust Co.</u>, C.A. No. 88-286

<u>District of the District of Columbia</u>

<u>Fritz W. Hintze, et al. v. Internal Revenue Service, et al. v. Bellamah, Neuhouser & Barrett, et al.</u>, C.A. No. 88-1454

<u>District of Idaho</u>

<u>Fritz W. Hintze, et al. v. Internal Revenue Service, et al. v. Hecla Mining Co.</u>, C.A. No. 88-1192

<u>Southern District of New York</u>

<u>Fritz W. Hintze, et al. v. Internal Revenue Service, et al. v. Manufacturers Hanover Trust Co., et al.</u>, C.A. No. 88-CIV-3758(CSH)

<u>Eastern District of Virginia</u>

<u>Fritz W. Hintze, et al. v. Internal Revenue Service, et al. v. Crestar Mortgage Corp.</u>, C.A. No. CA-88-0361-R

<u>District of Maryland</u>

<u>Fritz W. Hintze, et al. v. Internal Revenue Service, et al. v. John Hanson Savings and Loan, Inc., et al.</u>, C.A. No. JH-88-800